| | | | |
|---|---|---|---|
| Team Prop. Mgmt., LLC v. Diedrich† | 2016AP000807, 2016AP001539 | 07–19–2017 | Affirmed |
| Sheffield v. Darwin Nat'l Assurance Co. | 2016AP000846 | 07–25–2017 | Affirmed |
| O'Brien v. Walworth State Bank | 2016AP000858 | 07–05–2017 | Affirmed |
| Balthazor v. Balthazor | 2016AP000900 | 07–25–2017 | Affirmed/ reversed/ remanded |
| Burt-Redding v. LIRC† | 2016AP000916 | 07–18–2017 | Affirmed |
| State v. Warren† | 2016AP000936 CR | 07–20–2017 | Affirmed |
| State v. Howard | 2016AP000959 CR | 07–05–2017 | Reversed and remanded |
| State v. Wellman† | 2016AP000964 CR | 07–18–2017 | Affirmed |
| County of Bayfield v. Hautop | 2016AP000984 | 07–11–2017 | Affirmed |
| State v. Carter† | 2016AP001054 CR | 07–05–2017 | Affirmed |
| State v. Poehlman† | 2016AP001074 CR | 07–05–2017 | Affirmed |
| Petitioner v. Shaw | 2016AP001081 | 07–11–2017 | Affirmed |
| Westmark v. Gardens at Swan Creek Condo. Owners Ass'n | 2016AP001140 | 07-13-2017 | Affirmed |
| State v. Ziehli | 2016AP001161 CR | 07–27–2017 | Affirmed |
| State v. Johnikin† | 2016AP001164 CR | 07–05–2017 | Affirmed |
| State v. K. H.† | 2016AP001180 | 07–25–2017 | Affirmed |
| State v. M. G.†† | 2016AP001197 | 07–05–2017 | Affirmed |
| Berg Revocable Tr. v. Ziel | 2016AP001287 | 07–11–2017 | Affirmed |
| State v. Pantoja† | 2016AP001289 CR | 07–05–2017 | Affirmed |
| State v. Bacallao† | 2016AP001296 CR through 2016AP001299 CR | 07–13–2017 | Affirmed |

†Petition to review filed.
†† Petition to review denied.